IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KANSAS CITY, KANSAS

ANGELIINA LYNN LAWSON,

   Petitioner, Pro Se

v.

JONATHAN DAVID LAWSON,

   Petitioner,

Case No: __5:25-cv-4045__

JURY DEMAND

NOTICE OF REMOVAL UNDER 28 U.S.C. § 1443

COMES NOW the Petitioner, Angeliina Lynn Lawson, Pro Se, and respectfully submits this Notice of Removal under 28 U.S.C. § 1443(1), removing state court proceedings in Case No. 2020-DM-131 (District Court of Anderson County, Kansas) to the United States District Court for the District of Kansas.

This case concerns substantial deprivations of federal civil rights under color of state law, including violations of the Americans with Disabilities Act (ADA), Title II, and Section 504 of the Rehabilitation Act; interference with constitutionally protected parental rights; and ongoing denial of meaningful access to the courts.

**I. BASIS FOR REMOVAL**
1. This Notice of Removal is filed pursuant to 28 U.S.C. § 1443(1), which allows removal of state cases where a person is denied or cannot enforce their civil rights in the courts of such State.

2. Petitioner/Respondent is being denied rights guaranteed under federal law, including but not limited to:

a. The right to self-representation under Faretta v. California, 422 U.S. 806 (1975);

b. The right to due process under the Fourteenth Amendment;

c. The right to reasonable accommodations under Title II of the Americans with Disabilities Act, 42 U.S.C. § 12132;

d. Protection from retaliation under 42 U.S.C. § 12203 for asserting ADA rights;

e. The right to be free from civil rights deprivation under color of state law, pursuant to 42 U.S.C. § 1983.

Although federal courts narrowly interpret § 1443 to apply primarily to racial equality rights (see *Georgia v. Rachel*, 384 U.S. 780 (1966)), Petitioner respectfully argues that the Americans with Disabilities Act, a civil rights statute enacted to eliminate discrimination and ensure equal access to courts for persons with disabilities, serves as a proper foundation for relief under § 1443(1). Petitioner seeks to preserve this position for appellate review under 28 U.S.C. § 1447(d).

## II. GROUNDS FOR REMOVAL

3. The underlying state case is a family law matter (Case No. 2020-DM-131) involving enforcement of child support and maintenance arrears that turned into a child custody issues once the Guardian Ad Litem was appointed July 26, 2024. It is currently pending before Judge Eric W. Godderz in Anderson County District Court.

4. The state court has denied Respondent's motions to proceed pro se and has refused to rule on counsel's Motion to Withdraw, leaving her in a state of constructive legal incapacitation with no access to her own case filings.

5. The Guardian ad Litem has interfered with custody, court-ordered visitation and acted beyond his statutory authority giving legal advise to the father how to erase the mother from the child's life, including by instructing third parties to alter visitation without court order for no cause.

6. Respondent has filed a Writ of Mandamus, Judicial Conduct Complaint, motions to recuse, motions to change venue, Notices of GAL misconduct and fraud on the court, Affidavits, Judicial Notices, and records of facts into the pleadings history—all ignored or suppressed by the state court.

7. The state court has failed and denied to provide meaningful ADA accommodations and has allowed procedural barriers to persist, effectively denying Respondent access to justice despite several ADA grievance filings.

8. Respondent has also submitted a federal grand jury petition seeking investigation into judicial corruption, bond fraud, and county-wide financial irregularities involving Anderson County and this Fourth District Court.

9. Following this filings, retaliatory actions intensified in her family law case and civil jury trial, including refusal to grant ADA accommodations, denial of self-representation, and unauthorized GAL control over parenting time. These acts suggest a systemic pattern of civil rights suppression in retaliation for protected whistleblower activity.

Petitioner was denied basic procedural due process in family court custody proceedings, including:

- Removal of her child without notice or hearing;
- Suppression of child abuse reports;
- Denial of ADA accommodations and retaliation for protected activity;
- Ex parte communications with the court involving court officers;
- Assignment of a court-appointed Guardian ad Litem who acted with bias, omitted evidence, unauthorized practice of law, and misrepresented the child's best interest.

Petitioner has exhausted state remedies, including appeals, ADA grievance requests, ethics complaints, and mandamus petitions. The state court has refused to enforce her civil rights, and she now seeks the protection of this Court.

### III. REQUIRED DOCUMENTS

In accordance with 28 U.S.C. § 1446(a), Petitioner attaches:

1. A copy of all state court pleadings, motions, and orders filed in Case No. 2020-DM-131;
2. Petitioner's pending Motion to Proceed In Forma Pauperis (AO 240);
3. Civil Cover Sheet (JS-44);
4. Summons Request (AO 440) for Jonathan Lawson at 7029 Round Prairie St., Shawnee, KS 66226.

### IV. NOTICE AND SERVICE

Pursuant to 28 U.S.C. § 1446(d), Petitioner will promptly:

1. File a copy of this Notice with the Clerk of the District Court of Anderson County;
2. Serve notice upon all adverse parties.

### V. RELIEF REQUESTED

1. Respondent requests this Honorable Court assume jurisdiction under 28 U.S.C. § 1443;

2. That the state court action be stayed pursuant to 28 U.S.C. § 1446(d);

3. Declare that Respondent has been denied enforcement of federally protected rights in state court.

4. That further proceedings be conducted to protect Petitioner's federal rights and adjudicate this matter consistent with federal civil rights laws.

5. That the Court permit Plaintiff to proceed in forma pauperis;

Respectfully submitted,                                         Dated: May 2, 2025

*[signature]*

Angeliina Lynn Lawson
angeliinacourtrecords@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2025 I filed the foregoing Notice of Removal with the Clerk of the United States District Court for the District of Kansas, and will serve a true and correct copy of the same via U.S. Mail and/or electronic service to the following:

**Jonathan Lawson**
7029 Round Prairie St.
Shawnee, KS 66226

**Clerk of the District Court of Anderson County**
100 E. 4th Ave.
Garnett, KS 66032

Respectfully submitted,                                         Dated: May 2, 2025

*[signature]*

Angeliina Lynn Lawson
angeliinacourtrecords@gmail.com
(913) 972-1661