## SUMMONS REQUEST UNDER FED. R. CIV. P. 4(a) and 4(b)

**Defendant to be served:**
**Jonathan Lawson**
7029 Round Prairie St
Shawnee, KS 66226

Pursuant to Fed. R. Civ. P. 4, Plaintiff respectfully requests that the Clerk of the Court issue a summons using form AO 440 for service upon Defendant Jonathan Lawson at the above address.

Respectfully submitted,                                                                Dated: May 2, 2025

Angeliina Lynn Lawson
Pro Se Plaintiff
angeliinacourtrecords@gmail.com

Date: _____

Signature of Clerk or Deputy Clerk: _____

Seal or Time-Stamp:

Dated: May 2, 2025

Respectfully submitted,

*[signature]*

Angeliina Lynn Lawson
1914 5th Ave
Leavenworth, KS 66048
Email: AngeliinaCourtRecords@gmail.com
Phone: (913) 972-1661