IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KANSAS CITY, KANSAS

JONATHAN DAVID LAWSON,

Petitioner,

v.

ANGELIINA LYNN LAWSON,

Respondent, Pro Se

Case No: 5:25-cv-04045-JWB-TJJ

JURY DEMAND

State Case Removed: AN-2020-DM-000131 (Anderson County)

## SUPPLEMENTAL NOTICE OF REMOVAL

## AND AFFIDAVIT REGARDING STATE CLERK OBSTRUCTION

Respondent, Angeliina Lynn Lawson, respectfully submits this supplemental filing to notify the Court that despite timely service of the Notice of Removal to Anderson County District Court under 28 U.S.C. § 1446(d), the state clerk failed or refused to docket the filing, thereby obstructing the removal process.

## I. PROCEDURAL BACKGROUND

1. On **May 6, 2025**, Respondent faxed the **Notice of Removal** to the Anderson County Clerk at approximately 3:50 PM CST, in compliance with 28 U.S.C. § 1446(d).
2. On **May 7, 2025**, Respondent emailed **Clerk Tina Miller** inquiring why the filing had not appeared in the state docket. (Exhibit A)
3. A copy of the fax confirmation of the Notice of Removal is attached. (Exhibit B)
4. The state docket shows no entry for the Notice of Removal as of May 7, 2025. (Exhibit C)
5. Respondent has submitted substantial documentation of federal rights violations, including retaliation under the Americans with Disabilities Act (42 U.S.C. § 12132), civil rights deprivations under 42 U.S.C. § 1983, and judicial misconduct. These violations have been compounded by the court's continued denial of Respondent's Motion to Proceed Pro Se, filed on April 14, 2025, and by the judge's exclusive communication

with former counsel. As of this filing, Respondent has been denied access to her own case and the ability to defend herself for nearly a month.
6. This failure by the state clerk constitutes procedural interference and may prejudice Respondent's access to federal relief and jurisdiction.

## II. LEGAL STANDARD

Under **28 U.S.C. § 1446(d)**:

"Promptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of such State court, which shall effect the removal..."

According to the **Tenth Circuit**:

*"The federal court's jurisdiction attaches upon filing the notice in federal court and giving notice to the state court. The state court is thereafter without jurisdiction."* — Miller v. Lambeth, 443 F.3d 757, 759 (10th Cir. 2006).

Thus, removal is **effective upon service**, not dependent on the clerk's cooperation.

## III. RELIEF REQUESTED

Respondent respectfully requests:

1. **Confirm that federal removal was properly effectuated** under 28 U.S.C. § 1446(d), based on timely service of the Notice of Removal to the Anderson County District Court and the filing of said notice in this Court.

2. **Acknowledge that the failure by the Anderson County Clerk to docket the notice** does not negate the removal or divest this Court of jurisdiction, pursuant to controlling Tenth Circuit precedent.

3 **Accept this filing and its attached exhibits as part of the official federal record**, evidencing obstruction and procedural irregularity by the state court clerk.

4. **Issue an order staying or enjoining further proceedings in the state court matter** (AN-2020-DM-000131) and prohibiting any further action by state actors or parties inconsistent with this Court's jurisdiction pending resolution of federal jurisdiction and constitutional claims now properly before this Court.

5. **Grant Respondent leave to file supplemental evidence and pleadings** relevant to federal jurisdiction, ADA violations, and systemic judicial retaliation.

## IV. ATTACHMENTS

- **Exhibit A**: Email to Clerk Tina Miller (May 7, 2025)
- **Exhibit B**: Fax Confirmation of Notice of Removal (May 6, 2025)
- **Exhibit C**: Anderson County Docket (No entry of removal)
- **Exhibit D**: Finalized Judicial Misconduct Complaint
- **Exhibit E**: Ron Wood's (Respondent's former attorney) Motion to Withdraw Counsel
- **Exhibit F**: Judge Godderz denying Motion to Withdraw Representation

Respectfully submitted,

Date: May 7, 2025

Angeliina Lynn Lawson
1914 5th Ave., Leavenworth, KS 66048
AngeliinaCourtRecords@gmail.com
913-972-1661
Pro Se Litigant

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025 I filed the foregoing **SUPPLEMENTAL NOTICE OF REMOVAL AND AFFIDAVIT REGARDING STATE CLERK OBSTRUCTION** with the Clerk of the United States District Court for the District of Kansas, and will serve a true and correct copy of the same via U.S. Mail and/or electronic service to the following:

**Jonathan Lawson**
7029 Round Prairie St.
Shawnee, KS 66226

**Clerk of the District Court of Anderson County**
100 E. 4th Ave.
Garnett, KS 66032

Respectfully submitted,

Dated: May 7, 2025

Respectfully submitted,                                      Dated: May 7, 2025

*[signature]*

Angeliina Lynn Lawson
1914 5th Ave., Leavenworth, KS 66048
AngeliinaCourtRecords@gmail.com
913-972-1661
Pro Se Litigant