

Angeliina Lawson <angeliinalawson@gmail.com>

---

# Filings

**Angeliina Lawson** <angeliinalawson@gmail.com>  Wed, May 7, 2025 at 3:05 PM
To: Tina Miller <tina.miller@kscourts.org>

I faxed over a filing of Notice of Removal yesterday at 3:50pm but it is not filed in the pleadings history today. Can you please explain the delay?

--
Warmly,
Angeliina Lawson
913-972-1661