# Fax Confirmation

## Fax Details

Recipient:
+1 (785) 448-3230

From (Caller ID):
+17035707396

Send date:
May 06, 2025 at 15:50

Page count:
4

Points:
0.0

## Status

Send status:
Delivered

Delivered date:
May 06, 2025 at 15:52