# Case Summary

🔒 **Case No. 2020-DM-000131**

| | | |
|---|---|---|
| **In the Matter of the Marriage of Jonathan David Lawson vs Angeliina Lynn Lawson** | § § § | Location: **Anderson County**<br>Judicial Officer: **Godderz, Eric W**<br>Filed on: **09/02/2020** |

## Case Information

**Statistical Closures**
11/10/2020 Settled Without Judical Conf or Hearing

Case Type: DM Marriage Dissolution/Divorce
Case Status: **11/10/2020 Post Judgment**

## Party Information

**Petitioner**    **Lawson, Jonathan David**    **Abrams-Wharton, Randall John**
*Retained*

**Poe, Breanne Christine Hendricks**
*Retained*

**Respondent**    **Lawson, Angeliina Lynn**    *Schowengerdt, Daniel J (Inactive)*
*Retained*

**Wood, Ronald Phillip**
*Retained*
**Spangler, Jennifer Elizabeth**
*Retained*

## Case Events

09/01/2020    INF: Information (Generic)
     *JUDGES NOTES*

09/02/2020    PLE: Petition
     *Petition for Divorce PLE: Petition*

09/02/2020    INF: Information (Generic)
     *Voluntary Entry of Appearance, Waiver of Answer and Waiver of Notice INF: Information (Generic)*

09/02/2020    INF: Child Support Worksheet - No Judge Signature Requested
     *Child Support Worksheet INF: Child Support Worksheet - No Judge Signature Requested*

09/02/2020    INF: Parenting Plan
     *Proposed Parenting Plan INF: Parenting Plan*

09/02/2020    AFF: Affidavit (Generic)
     *Domestic Relations Affidavit of Jonathan Lawson AFF: Affidavit (Generic)*

09/02/2020    AFF: Affidavit (Generic)
     *Domestic Relations Affidavit of Angeliina Lawson AFF: Affidavit (Generic)*

09/02/2020    INF: Exhibit
     *Property Settlement Agreement INF: Exhibit*

09/02/2020    AFF: Affidavit (Generic)
     *Affidavit of Angeliina Lawson AFF: Affidavit (Generic)*

09/02/2020    MOT: Motion (Generic)
     *Motion to Withdraw MOT: Motion (Generic)*

11/04/2020    MOT: Motion (Generic)
     *Motion to Withdraw*


| | | | |
|---|---|---|---|
| 11/09/2020 | ORD: Decree | | |
| | *Decree of Divorce* | | |
| 11/09/2020 | ORD: Withdraw | | |
| | *Order to Withdraw as Counsel of Record* | | |
| 05/18/2023 | INF: Entry of Appearance | | |
| | *Entry of Appearance (D. Schowengerdt)* | | |
| 07/13/2023 | MOT: 28-179 - Modify Motion | | |
| | *Motion to Modify and Enforce* | | |
| | Party: Respondent Lawson, Angeliina Lynn | | |
| | *Motion to Modify and Enforce* | | |
| 07/13/2023 | INF: Exhibit | | |
| | *Exhibit A* | | |
| | Party: Respondent Lawson, Angeliina Lynn | | |
| | *Exhibit A* | | |
| 07/18/2023 | NOT: Notice - No Sheriff Service Required | | |
| | *Notice of Hearing (August 10, 2023, at 9:30am)* | | |
| 08/07/2023 | INF: Entry of Appearance | | |
| | *Entry of Appearance (Breanne Poe)* | | |
| 09/18/2023 | PLE: Response - Answer | | |
| | *Petitioner's Response to Respondent's Motion to Modify and Enforce* | | |
| 11/15/2023 | INF: Information (Generic) | | |
| | *CR Rhonda Rhodes Wise* | | |
| 12/13/2023 | INF: Information (Generic) | | |
| | *CR Rhonda Rhodes Wise* | | |
| 01/08/2024 | INF: Entry of Appearance | | |
| | *Entry of Appearance (Jennifer Spangler)* | | |
| 01/08/2024 | MOT: Motion (Generic) | | |
| | *Motion for Continuance* | | |
| 02/07/2024 | INF: Information (Generic) | | |
| | *CR Rhonda Rhodes Wise* | | |
| 02/22/2024 | INF: Information (Generic) | | |
| | *CR Rhonda Rhodes Wise* | | |
| 03/25/2024 | INF: Exhibit | | |
| | *Updated Exhibit A $3,366.16- Spangler* | | |
| 03/25/2024 | INF: Information (Generic) | | |
| | *CR Rhonda Rhodes Wise* | | |
| 03/27/2024 | NOT: Notice - No Sheriff Service Required | | |
| | *Notice of Submission pursuant to Rule 133* | | |
| 03/27/2024 | MOT: Motion (Generic) | | |
| | *Motion to Withdraw* | | |
| 03/29/2024 | MOT: Motion (Generic) | | Index # 1 |
| | *Motion to Enforce and Motion to supplement* | | |
| 03/29/2024 | MOT: Motion (Generic) | | Index # 2 |
| | *Motion to Modify Custody, Parenting time, and Support* | | |
| 03/29/2024 | MOT: Appoint - Guardian Ad Litem | | Index # 3 |
| | *Motion for Appointment of Guardian Ad Litem* | | |
| 03/29/2024 | NOT: Notice - No Sheriff Service Required | | Index # 4 |
| | *Certificate of Service of Interoggs and Rfpd* | | |
| 07/15/2024 | INF: Information (Generic) | | Index # 5 |
| | *Certificate of Service* | | |
| 07/15/2024 | INF: Information (Generic) | | Index # 6 |


| | | |
|---|---|---|
| | *Certificate of Service* | |
| 07/15/2024 | AFF: Affidavit (Generic)<br>*Domestic Relations Affidavit* | Index # 7 |
| 07/15/2024 | MOT: Response<br>*Petitioner's Response to Respondent's Motion to Modify Custody, Parenting Time* | Index # 8 |
| 07/15/2024 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | Index # 9 |
| 07/26/2024 | ORD: Appoint Guardian Ad Litem<br>*Order Appointing Guardian Ad Litem (D. Lawson - 2010)* | Index # 10 |
| 07/29/2024 | MOT: Motion (Generic)<br>*Emergency Motion to Suspend Parenting Time and Sole Legal Custody* | Index # 11 |
| 08/01/2024 | INF: Entry of Appearance<br>*Substitution of Counsel (Breanne Poe)* | Index # 12 |
| 08/08/2024 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | Index # 13 |
| 08/28/2024 | INF: Entry of Appearance<br>*Entry of Appearance (Ronald P. Wood)* | Index # 15 |
| 08/28/2024 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | Index # 14 |
| 08/29/2024 | MOT: Motion (Generic)<br>*Motion for Emergency Ex Parte Temporary Orders* | Index # 16 |
| 09/19/2024 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | Index # 17 |
| 09/21/2024 | ORD: Order (Generic)<br>*Temporary Orders* | Index # 18 |
| 09/27/2024 | ORD: Withdraw<br>*Order To Withdraw (Daniel Schowengerdt)* | Index # 19 |
| 10/03/2024 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | Index # 20 |
| 10/07/2024 | MOT: Motion (Generic)<br>*Motion to Change Venue* | Index # 21 |
| 10/29/2024 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | Index # 22 |
| 11/20/2024 | ORD: Order (Generic)<br>*Journal Entry Regarding 10-29-24 Hearing* | Index # 23 |
| 11/21/2024 | MOT: Motion (Generic)<br>*Motion for Payment of Guardian Ad Litem Fees* | Index # 24 |
| 12/12/2024 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | Index # 25 |
| 12/31/2024 | MOT: Transcript<br>*Request for Transcripts* | Index # 26 |
| 02/19/2025 | MOT: Motion (Generic)<br>*Motion for Psychological Test* | Index # 27 |
| 02/24/2025 | MOT: Motion (Generic)<br>*Motion for Psychological Testing of Father* | Index # 28 |
| 02/26/2025 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | Index # 29 |
| 03/04/2025 | AFF: Affidavit (Generic)<br>*Affidavit filed by Respondent* | Index # 30 |
| 03/31/2025 | INF: Information (Generic) | Index # 31 |

| Date | Type | Description | Index |
|---|---|---|---|
| | | *Supervised Parenting Time Court Report* | |
| 03/31/2025 | AFF: Affidavit (Generic) | | Index # 32 |
| 04/14/2025 | MOT: Motion (Generic) | *Motion to Withdraw Attorney & Notice of Self-Representation* | Index # 33 |
| 04/21/2025 | NOT: Notice (Generic) | *Rule 170 Notice - Journal Entry Regarding Psychological Testing* | Index # 34 |
| 04/21/2025 | NOT: Notice (Generic) | *Notice & Objection to Rule 170 Filing by Non-Party GAL* | Index # 35 |
| 04/22/2025 | INF: Information (Generic) | *Master Notice of Federal Conflict, Retaliatory Custodial Interference, ADA Obstruction & Due Process Violations* | Index # 36 |
| 04/22/2025 | INF: Information (Generic) | *Supplemental to Affidavit of Angeliina Lawson* | Index # 37 |
| 04/23/2025 | MOT: Motion (Generic) | *Motion to Withdraw* | Index # 41 |
| 04/23/2025 | MOT: Motion (Generic) | *Motion to Recuse Judge Eric W Godderz & Chief Judge Taylor Wine* | Index # 38 |
| 04/23/2025 | INF: Information (Generic) | *Notice of Guardian Ad Litem Misconduct & Federal Escalation* | Index # 39 |
| 04/23/2025 | MOT: Motion (Generic) | *Motion to Transfer Venue to Johnson County, Kansas* | Index # 40 |
| 04/28/2025 | INF: Information (Generic) | *Notice of Noncompliance, Custodial Interference & Fraud on the Court* | Index # 42 |
| 05/05/2025 | INF: Information (Generic) | *Obection to Judicial Denial of Self-Represnetation & Enforced Legal Counsel* | Index # 43 |

---

## Dispositions

11/10/2020  **Settled w/o Judicial Conf or Hearing**  (Judicial Officer: Godderz, Eric W)

---

## Hearings

08/10/2023  **Status Conference**  (9:30 AM)  (Judicial Officer: Godderz, Eric W)
　　　　　　*BY VIDEO*
　　　　　　*No Court Appearance Required - Hearing Not Held*

10/19/2023  **Status Conference**  (9:45 AM)  (Judicial Officer: Godderz, Eric W)
　　　　　　*BY VIDEO*
　　　　　　*No Court Appearance Required - Hearing Not Held*

11/15/2023  **Status Conference**  (9:00 AM)  (Judicial Officer: Godderz, Eric W)
　　　　　　*BY VIDEO*
　　　　　　*Hearing Held*

12/13/2023  **Status Conference**  (11:30 AM)  (Judicial Officer: Godderz, Eric W)
　　　　　　*BY VIDEO*
　　　　　　*Hearing Held*

01/10/2024  **Bench Trial**  (1:00 PM)  (Judicial Officer: Godderz, Eric W)
　　　　　　*IN PERSON - 2 HRS*
　　　　　　*Hearing Held*

02/07/2024  **Status Conference**  (11:45 AM)  (Judicial Officer: Godderz, Eric W)
　　　　　　*BY VIDEO*


    *Hearing Held*

02/22/2024  **Status Conference**  (2:00 PM)  (Judicial Officer: Godderz, Eric W)
    *BY VIDEO*
    *Hearing Held*

03/25/2024  **Status Conference**  (1:00 PM)  (Judicial Officer: Godderz, Eric W)
    *BY VIDEO*
    *Hearing Held*

07/15/2024  **Bench Trial**  (1:30 PM)  (Judicial Officer: Godderz, Eric W)
    *IN PERSON - 1/2 DAY*
    *Hearing Held*

08/01/2024  **Motion**  (4:30 PM)
    *Hearing Held*

08/08/2024  **Status Conference**  (9:30 AM)  (Judicial Officer: Godderz, Eric W)
    *ZOOM*
    *Hearing Held*

08/28/2024  **Status Conference**  (2:00 PM)  (Judicial Officer: Godderz, Eric W)
    *ZOOM*
    *Hearing Held*

09/19/2024  **Hearing**  (9:30 AM)  (Judicial Officer: Godderz, Eric W)
    *ZOOM*
    *Hearing Held*

10/03/2024  **Status Conference**  (9:45 AM)  (Judicial Officer: Godderz, Eric W)
    *ZOOM*
    *Hearing Held*

10/29/2024  **Status Conference**  (11:00 AM)  (Judicial Officer: Godderz, Eric W)
    *ZOOM - MOTION TO CHANGE VENUE FILED*
    *Hearing Held*

12/12/2024  **Status Conference**  (10:30 AM)  (Judicial Officer: Godderz, Eric W)
    *ZOOM*
    *Hearing Held*

02/26/2025  **Motion**  (10:30 AM)  (Judicial Officer: Godderz, Eric W)
    *ZOOM - MOTION FOR EVALUATION*
    *Hearing Held*

03/07/2025  **Court Review - No Appearance**  (8:00 AM)  (Judicial Officer: Wine, Taylor J)

05/08/2025  **Status Conference**  (9:00 AM)  (Judicial Officer: Godderz, Eric W)
    *ZOOM*