## IN THE DISTRICT COURT OF ANDERSON COUNTY, KANSAS
## FOURTH JUDICIAL DISTRICT

*In the Matter of the Marriage of:*

JONATHAN DAVID LAWSON,
       Petitioner,               Case No. 2020-DM-000131
                                               K.S.A. Chapter 23 & 60

v.

ANGELIINA LYNN LAWSON,
       Respondent.

## MOTION TO WITHDRAW

COMES NOW attorney Ronald P. Wood and hereby moves to withdraw as counsel for Angeliina Lynn Lawson, Respondent, in the above-captioned case. Attorney, Ronald P. Wood, states in support that the Respondent, Angeliina Lynn Lawson, no longer desires his representation.

THEREFORE, based upon the above and foregoing, counsel for the Respondent respectfully requests that this Court enter an Order allowing him to withdraw as attorney for the Respondent.

                                        Respectfully submitted,

                                        /s/ RONALD P. WOOD
                                        Ronald P. Wood, #10089
                                        The Law Offices of Ronald P. Wood, LLC
                                        11225 College Blvd., Suite 110
                                        Overland Park, Kansas 66210
                                        (913) 663-4446
                                        (913) 663-5335 Facsimile
                                        ronwood@ronaldwoodlaw.com
                                        *Attorney for Respondent*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing Motion to Withdrawal was delivered via email on the 23rd day of April 2025 to:

BreAnne Hendricks Poe
breanne@breannepoelaw.com
*Attorney for Petitioner*

Andrew Bolton
abolton@andrewboltonlaw.com
*Guardian Ad Litem*

Angeliina Lawson
angeliinalawson@gmail.com
*Respondent*

                                              /s/ RONALD P. WOOD
                                              Ronald P. Wood