IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KANSAS CITY, KANSAS

JONATHAN DAVID LAWSON,

   Petitioner,

v.

ANGELIINA LYNN LAWSON,

   Respondent, Pro Se

                                    Case No: 5:25-cv-04045-JWB-TJJ

                                         JURY DEMAND
                                  Case No. 5:25-cv-04045-JWB-TJJ

IN THE MATTER OF THE REMOVAL OF CASE: AN-2020-DM-000131 (Anderson County District Court)

**VERIFIED NOTICE OF INABILITY TO FILE STATE COURT RECORD DUE TO OBSTRUCTION**

COMES NOW Respondent, Angeliina Lynn Lawson, appearing pro se, and respectfully submits this Verified Notice to inform the Court that she has been unable to obtain or file the complete state court record required under Local Rule 81.2 due to obstruction and denial of access by the Anderson County District Court Clerk.

### I. BACKGROUND

1. On May 6, 2025, Respondent faxed the Notice of Removal to the Clerk of the Anderson County District Court at approximately 3:50 PM CST. The federal removal action was properly initiated under 28 U.S.C. § 1446.

2. On May 7, 2025, Respondent emailed Clerk Tina Miller to inquire about the missing docket entry and to confirm receipt of the removal. (Exhibit A)

3. As of this filing, the Notice of Removal does not appear on the Anderson County docket, and no assistance or confirmation has been provided by the state court clerk despite repeated efforts.

## II. DENIAL OF ACCESS

4. Respondent is unable to retrieve or download the full state court record due to lack of portal access and the clerk's failure to respond to public records or court record requests.

5. This denial prevents full compliance with District of Kansas Local Rule 81.2, which requires filing of state court records within 21 days of removal.

6. Respondent asserts that this obstruction is part of an ongoing pattern of retaliation, procedural suppression, and denial of access under color of law.

## III. GOOD FAITH EFFORT AND PRESERVATION OF RECORD

7. Respondent submits this Verified Notice in good faith to preserve the record and to demonstrate continuing efforts to comply with the removal rules.

8. Respondent intends to file any additional portions of the state court record upon successful access or court-ordered production thereof.

## VERIFICATION

I, Angeliina Lynn Lawson, certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 7, 2025.

Respectfully submitted,

Angeliina Lynn Lawson

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661

Pro Se Litigant

## CERTIFICATE OF SERVICE

**I hereby certify that on May 7, 2025 I filed the foregoing VERIFIED NOTICE OF INABILITY TO FILE STATE COURT RECORD DUE TO OBSTRUCTION**

with the Clerk of the United States District Court for the District of Kansas, and will serve a true and correct copy of the same via U.S. Mail and/or electronic service to the following:

**Jonathan Lawson**
7029 Round Prairie St.
Shawnee, KS 66226

**Clerk of the District Court of Anderson County**
100 E. 4th Ave.
Garnett, KS 66032

Respectfully submitted,                                  Dated: May 7, 2025

/s/ Angeliina Lynn Lawson

Angeliina Lynn Lawson
1914 5th Ave., Leavenworth, KS 66048
AngeliinaCourtRecords@gmail.com
913-972-1661
Pro Se Litigant