IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KANSAS CITY, KANSAS

JONATHAN DAVID LAWSON,

    Petitioner,

v.

ANGELIINA LYNN LAWSON,

    Respondent, Pro Se

Case No: 5:25-cv-04045-JWB-TJJ

JURY DEMAND

IN THE MATTER OF THE REMOVAL OF CASE: AN-2020-DM-000131 (Anderson County District Court)

## MOTION TO COMPEL ACCESS TO STATE COURT RECORDS AND DOCKET

COMES NOW Respondent, Angeliina Lynn Lawson, appearing pro se, and respectfully moves this Court to compel the Clerk of the District Court of Anderson County, Kansas, to provide Respondent with access to the state court docket and associated records necessary to comply with Local Rule 81.2.

### I. BACKGROUND

1. On May 6, 2025, Respondent properly filed a Notice of Removal pursuant to 28 U.S.C. § 1446 and served the Clerk of the Anderson County District Court via fax.

2. On May 7, 2025, Respondent sent a follow-up email to Clerk Tina Miller of Anderson County to request access to the docket and confirm receipt. No reply was received.

3. As of this motion, the Anderson County docket has not reflected the removal, and Respondent has not been granted access to the court record required for filing in this Court under Local Rule 81.2.

## II. OBSTRUCTION AND GOOD FAITH EFFORTS

4. Respondent submitted a Verified Notice of Inability to File State Court Record Due to Obstruction on May 7, 2025, documenting these efforts and the failure of the state court clerk to respond or comply.

5. Respondent has no meaningful way to comply with Local Rule 81.2 absent access to the state court's docket and filings.

## III. RELIEF REQUESTED

6. Respondent respectfully requests that this Court issue an order compelling the Clerk of the Anderson County District Court to:

a. Confirm receipt and docketing of the Notice of Removal filed May 6, 2025;

b. Provide Respondent with a complete copy of the docket and relevant pleadings in Case No. 2020-DM-000131;

c. Cooperate with this Court's removal proceedings and facilitate record transfer or access as required under federal law.

WHEREFORE, Respondent prays this Court grant the requested relief and enter an order compelling cooperation from the Anderson County Clerk, and for such other relief as the Court deems just and proper.

Respectfully submitted,

Dated: May 7, 2025

*[signature]*

Angeliina Lynn Lawson

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661

Pro Se Litigant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2025 I filed the foregoing Motion to Compel with the Clerk of the United States District Court for the District of Kansas, and will serve a true and correct copy of the same via U.S. Mail and/or electronic service to the following:

**Jonathan Lawson**
7029 Round Prairie St.
Shawnee, KS 66226

**Clerk of the District Court of Anderson County**
100 E. 4th Ave.
Garnett, KS 66032

Respectfully submitted,                                         Dated: May 7, 2025

Angeliina Lynn Lawson
1914 5th Ave., Leavenworth, KS 66048
AngeliinaCourtRecords@gmail.com
913-972-1661
Pro Se Litigant