IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KANSAS CITY, KANSAS

JONATHAN DAVID LAWSON,

Petitioner,

v.

ANGELIINA LYNN LAWSON,

Respondent, Pro Se

Case No: 5:25-cv-04045-JWB-TJJ

**JURY DEMAND**

**SECOND NOTICE OF CLERK OBSTRUCTION AND ADA NONCOMPLIANCE**

COMES NOW Respondent, Angeliina Lynn Lawson, appearing pro se, and respectfully submits this Second Notice to update the Court regarding continued ADA violations and obstruction by the Clerk of the Anderson County District Court following Respondent's Notice of Removal filed on May 6, 2025.

## I. CONTINUED DENIAL OF ACCESS AND RECORD OBSTRUCTION

1. Despite proper service and formal Notice of Removal to Anderson County on May 6, 2025, the Clerk delayed docketing the filing until May 8, 2025 after the hearing and mislabeled it as 'correspondence' under locked Index #44.

2. As of this filing, Respondent continues to be denied access to certified copies of court records necessary for federal compliance under 28 U.S.C. § 1446 and Local Rule 81.2.

3. Respondent has made multiple formal requests for certified filings and full docket access, including all documents entered since removal. No response has been received.

4. On May 8, 2025, without notice or service, the Clerk entered 'CART Notes from Hearing (5/08/2025)' as locked Index #45. Respondent has not been provided a transcript, link, or verification of these notes.

## II. ADA TITLE II VIOLATIONS AND DOJ ESCALATION

5. Respondent is a qualified individual with a disability under Title II of the ADA and continues to be denied meaningful access to public records and court accommodations in direct violation of 42 U.S.C. § 12132 and 29 U.S.C. § 794.

6. The failure to provide real-time or post-hearing CART access during the May 8 hearing constitutes unlawful exclusion and discrimination under ADA Title II.

7. Respondent has submitted a formal update to her pending ADA complaint with the U.S. Department of Justice, Office for Civil Rights (OCR), assigned attorney Chennelle Love (25-OCR-0363) identifying this continued misconduct and exclusion.

## III. REQUEST FOR JUDICIAL RECOGNITION AND PRESERVATION

8. Respondent respectfully requests that this Court:

a. Take judicial notice of the continued refusal by the Anderson County Clerk to provide access to certified filings, post-removal records, and CART notes;

b. Recognize that the mislabeling and delay of the Notice of Removal, as well as continued post-removal docket manipulation, supports Respondent's claims of jurisdictional interference and retaliation;

c. Permit submission of future exhibits documenting these acts for inclusion in the federal record;

d. Preserve this notice as part of the ongoing record of ADA-based exclusion and obstruction under color of state authority.

Respectfully submitted,

Date: May 9, 2025

*[signature]*

Angeliina Lynn Lawson, Respondent Pro Se

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661

# CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2025 I filed the foregoing SECOND NOTICE OF CLERK OBSTRUCTION AND ADA NONCOMPLIANCE with the Clerk of the United States District Court for the District of Kansas, and will serve a true and correct copy of the same via U.S. Mail and/or electronic service to the following:

**Jonathan Lawson**
7029 Round Prairie St.
Shawnee, KS 66226

**Clerk of the District Court of Anderson County**
100 E. 4th Ave.
Garnett, KS 66032

Respectfully submitted,                                   Dated: May 9, 2025

Angeliina Lynn Lawson, Respondent Pro Se
1914 5th Ave., Leavenworth, KS 66048
AngeliinaCourtRecords@gmail.com
913-972-1661
Pro Se Litigant