IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KANSAS CITY, KANSAS

JONATHAN DAVID LAWSON,

Petitioner,

v.

ANGELIINA LYNN LAWSON,

Respondent, Pro Se

Case No: 5:25-cv-04045-JWB-TJJ

JURY DEMAND

IN THE MATTER OF THE REMOVAL OF CASE: AN-2020-DM-000131 (Anderson County District Court)

## PETITION FOR WRIT OF CERTIORARI

## TO THE CLERK OF THE ANDERSON COUNTY DISTRICT COURT REQUESTING TRANSMISSION OF FULL STATE COURT RECORD PURSUANT TO 28 U.S.C. § 1447(b)

COMES NOW Respondent, Angeliina Lynn Lawson, appearing pro se, and respectfully petitions this Court to issue a **Writ of Certiorari** directed to the Clerk of the District Court of Anderson County, Kansas, ordering the immediate **transmittal of the complete official case record** in the removed matter of *In the Matter of AN-2020-DM-000131* to the Clerk of the United States District Court for the District of Kansas.

### I GROUNDS FOR ISSUANCE

1. On **May 6, 2025** Respondent timely filed a **Notice of Removal** from Anderson County District Court to this Honorable Court pursuant to **28 U.S.C. § 1441 and § 1446**, on the basis of federal question jurisdiction involving constitutional violations and claims under the ADA and 42 U.S.C. § 1983.
2. **28 U.S.C. § 1447(b)** provides that:

*"The court to which such civil action is removed may require the State court to forward all records and proceedings in such action to the district court."*

3. As of the date of this petition, the **Clerk of the Anderson County District Court** has **not transmitted the full case file** to the United States District Court and has not responded to prior informal or formal requests made by the Respondent for file access.
4. Due to repeated and documented **clerk obstruction, refusal to docket filings,** and **withholding of public records** in the state court proceedings, Respondent has reason to believe that critical documents are either being delayed or deliberately suppressed.
5. Respondent is unable to prepare full motions or respond effectively in this federal action without access to the **original pleadings, orders, transcripts, hearing dockets, and correspondence** from the state case.
6. It is therefore **essential and appropriate** that this Court **issue a writ of certiorari** under its powers pursuant to § 1447(b) and the **All Writs Act (28 U.S.C. § 1651)** to compel the full record's production.

## II. VIOLATION OF ADA RIGHTS AND FEDERAL ACCESSIBILITY LAWS

7. Respondent is a qualified individual with a disability under the **Americans with Disabilities Act (ADA), 42 U.S.C. § 12132,** and has properly requested ADA accommodations in all relevant proceedings.
8. The Clerk of the Anderson County District Court has **failed to make reasonable modifications** in policies, practices, or procedures as required by the ADA, including denying:
    - Timely access to case files;
    - Communication in accessible formats;
    - Equal participation in state court litigation.
9. This ongoing obstruction has **harmed Respondent's ability to protect her legal rights,** prepare for hearings, and transition the matter to federal court. Under federal law, particularly **28 C.F.R. §§ 35.130(b)(7) and 35.160(b)(1),** the Clerk and state court personnel were obligated to ensure that Respondent had **effective communication and access** to her case materials, and they failed to comply.
10. The Court's enforcement of this Writ is **necessary not only to secure jurisdictional integrity under 28 U.S.C. § 1447(b),** but also to **protect federally guaranteed civil rights** under the ADA and to prevent further **retaliation and exclusion** from court access.

## III. ENFORCEMENT OF GUARDIAN AD LITEM WITHDRAWAL AND ACCESS RESTRICTIONS

11. On May 8, 2025, during a state court hearing, Guardian ad Litem **Andrew Bolton orally withdrew** from the case. This withdrawal was publicly stated on the record and is now a matter of federal record pursuant to Respondent's **Notice of GAL Withdrawal and Rule 170 Enforcement,** filed in this Court on May 9, 2025.
12. Following the federal **Notice of Removal** under 28 U.S.C. § 1446(d), the state court and all of its appointed officials, including Mr. Bolton, ceased to have jurisdiction in this matter. As such, the GAL is no longer authorized to:

- Access any case documents;

- Communicate with any parties, therapists, or minor children;
- Submit filings or reports;
- Act as an officer or representative of the Court.

13. Respondent respectfully requests that this Writ **confirm and enforce the GAL's termination of role** and direct the Clerk of the Anderson County District Court to **withhold from transmitting any ex parte communications, sealed GAL correspondence, or off-the-record reports** generated after May 8, 2025, by Mr. Bolton or at his request.
14. This measure is necessary to **protect due process, prevent retaliation, and preserve the integrity** of the federal proceedings.

## IV. PRESERVATION OF VISITATION SERVICES AND REUNIFICATION PROTECTIONS

15. Respondent affirms that the **Layne Project**, the current court-approved supervised visitation provider, shall remain in place **to ensure the continued emotional and physical safety** of the minor child and the integrity of any federally supervised visitation schedule.
16. However, in light of the removal of this case to federal court, **no party, therapist, guardian ad litem, or state court officer** shall interfere with or impose conditions on the reunification process. This includes efforts to:

- Stall or delay advancement from supervised to in-home or community site visits;
- Modify, suspend, or condition visitation schedules;
- Exclude Respondent from future phases of reunification;
- Communicate with visitation providers to impose informal restrictions.

17. All decisions regarding custody modifications, parenting time expansion, or termination of visitation conditions must be made **only by this U.S. District Court**, pursuant to federal due process protections and removal jurisdiction under **28 U.S.C. § 1446(d)**.
18. Respondent reserves the right to seek emergency injunctive relief if any party attempts to alter the trajectory of reunification **without an order from this Court**.

## PRAYER FOR RELIEF

WHEREFORE, Respondent respectfully requests that this Court:

1. Issue a **Writ of Certiorari** directed to:
   **Clerk of the Anderson County District Court**
   100 E. 4th Avenue
   Garnett, KS 66032
2. Order the Clerk to **transmit the complete case file**, including but not limited to:

- All motions, pleadings, exhibits, orders, correspondence, transcripts, docket entries, sealed filings (with appropriate security markings), notices, minute orders, and judicial orders related to Case No. AN-2020-DM-000131.
3. Require the transmittal to be made to:
   **Clerk of Court**
   U.S. District Court for the District of Kansas
   500 State Avenue
   Kansas City, KS 66101
4. Provide a certified and complete copy to the Respondent, **Angeliina Lynn Lawson**, for litigation use.
5. Grant any further relief this Court deems just and proper to **protect the federal jurisdiction** and secure **access to court records** for the pro se party.
6. Declare that failure to transmit the complete case file to a federally removing party with ADA accommodations constitutes a **violation of Title II of the ADA**, and grant Respondent liberty to amend her federal complaint to pursue claims of **ADA retaliation, obstruction, and access denial** under 42 U.S.C. § 12132 and § 1983.
7. Order that Andrew Bolton, formerly appointed GAL, be **recognized as withdrawn and prohibited from further contact** with the case, parties, or transmitted records, unless specifically ordered by this federal court.
8. Direct that the Layne Project remain in place for visitation continuity, but that **no party, therapist, counsel, state court judge, or former GAL** may interfere with reunification progress—including in-home or off-site visitation transitions—**without express leave of this Court**.

Respectfully submitted,                                             Date: May 10, 2025

*Angeliina Lynn Lawson*
1914 5th Ave.
Leavenworth, KS 66048
angeliinacourtrecords@gmail.com
(913) 972-1661
**Pro Se Respondent**

# CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2025 I filed the foregoing with the Clerk of the United States District Court for the District of Kansas, and will serve a true and correct copy of the same via U.S. Mail and/or fax service to the following:

**Jonathan Lawson**
7029 Round Prairie St.
Shawnee, KS 66226

**Clerk of the District Court of Anderson County**
100 E. 4th Ave.
Garnett, KS 66032

Respectfully submitted,

Dated: May 10, 2025

Angeliina Lynn Lawson
1914 5th Ave., Leavenworth, KS 66048
AngeliinaCourtRecords@gmail.com
913-972-1661
Pro Se Respondent