IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Jonathan David Lawson,					Case No. 5:25-cv-04045-JWB-TJJ

Petitioner

v.

Angeliina Lynn Lawson,

Respondent, Pro Se

In the Matter of the Removal of Case: AN-2020-DM-000131 (Anderson County District Court)

## THIRD NOTICE OF CONTINUED DOCKET SUPPRESSION AND RECORD TAMPERING

COMES NOW Respondent, Angeliina Lynn Lawson, appearing pro se, and submits this Third Notice to inform the Court of continued and deliberate suppression of the state court record by the Clerk of the Anderson County District Court, in violation of 28 U.S.C. § 1446(d), due process, and the Americans with Disabilities Act (ADA).

### I. ONGOING RECORD SUPPRESSION POST-REMOVAL

1. As of May 12, 2025, the publicly accessible docket for Case No. 2020-DM-131 in Anderson County still reflects no entries for any filings submitted after the May 8, 2025 hearing. This includes filings transmitted under federal authority and ADA jurisdiction.

2. Despite multiple notices to the clerk and court officials, required materials—such as designation of record, post-hearing objections, and formal notices of withdrawal—have not been entered or made available.

3. Exhibit H is attached to this filing and reflects a full docket history printed May 12, 2025, confirming the absence of updates and the ongoing denial of access to current pleadings and federally relevant filings.

4. Exhibit I is attached to this filing and reflects the Designation of Record For Federal Review that is not docketed

## II. IRREGULAR INDEXING AND BACKDATED SUPPRESSION

4. The state court case record extends back to September 1, 2020, but index numbering in the docket does not begin until March 29, 2024 (Index #1).

5. There are no index entries for any documents filed or entered between the case's original opening in 2020 and March 29, 2024, including appearances, motions, or court orders filed after the Respondent's return to court on May 18, 2023.

6. This irregularity indicates selective omission, and it obscures an entire year of litigation history, filings, and procedural developments that are critical to federal review and preservation of ADA and civil rights claims.

## III. REQUEST FOR FEDERAL ACKNOWLEDGMENT AND ACTION

7. Respondent respectfully requests that this Court:

a. Take judicial notice of the ongoing failure by the Anderson County Clerk to maintain and update the docket following federal removal;

b. Recognize that the state docket's failure to index documents from September 2020 to March 2024 constitutes record suppression;

c. Accept and preserve Exhibit H and Exhibit I as evidence of procedural tampering and omission;

d. Permit the filing of additional exhibits and declarations in support of these findings;

e. Retain this notice as part of the federal record for review of jurisdictional violations and ADA-based exclusion.

Respectfully submitted,					Date: May 12, 2025

*/s/ Angeliina Lynn Lawson*

Angeliina Lynn Lawson

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661

# CERTIFICATE OF SERVICE

I hereby certify that on **May 12, 2025**, I filed the foregoing **Designation of Record for Federal Removal – Case No. 5:25-cv-04045-JWB-TJJ** with the Clerk of the District Court of Anderson County, Kansas, and served a true and correct copy of the same by U.S. Mail and/or electronic service to the following:

**Jonathan David Lawson**
7029 Round Prairie St.
Shawnee, KS 66226

**Clerk of the District Court of Anderson County**
100 E. 4th Ave.
Garnett, KS 66032

Respectfully submitted,

Dated: May 12, 2025

**Angeliina Lynn Lawson**
1914 5th Ave.
Leavenworth, KS 66048
angeliinacourtrecords@gmail.com
(913) 972-1661