Exhibit I

# Fax Confirmation

## Fax Details

Recipient:

+1 (785) 448-3230

From(Caller ID):

+17035707396

Send date:

May 13, 2025 at 13:34

Page count:

3

Points:

0.0

## Status

Send status:

Delivered

Delivered date:

May 13, 2025 at 13:35

IN THE DISTRICT COURT OF ANDERSON COUNTY, KANSAS
FOURTH JUDICIAL DISTRICT

Jonathan David Lawson,                      Case No. 2020-DM-000131

Petitioner                          IN THE MATTER OF THE MARRIAGE OF

v.

Angeliina Lynn Lawson,

Respondent, Pro Se

## **DESIGNATION OF RECORD FOR FEDERAL REMOVAL – 5:25-cv-04045**

TO THE CLERK OF THE DISTRICT COURT:

Respondent, Angeliina Lynn Lawson, appearing Pro Se, hereby submits this Designation of Record in relation to the removal of this matter to the United States District Court for the District of Kansas, Case No. 5:25-cv-04045-JWB-TJJ. This designation is submitted pursuant to the obligations under 28 U.S.C. § 1446 and District of Kansas Local Rule 81.2, and is to ensure the completeness of the state court record for federal review.

Respondent designates the full record starting from 09/01/2020 including but not limited to following items from the state court record for transmittal and inclusion in the federal proceeding:

• Notice of Removal filed May 6, 2025 (Index #44);

• Motion to Withdraw Attorney & Notice of Self-Representation (Index #33);

• Objection to Judicial Denial of Self-Representation (Index #43);

• Master Notice of Federal Conflict and ADA Obstruction (Index #36);

• Affidavits and Supplemental Affidavits by Respondent (Index #30, #32, #37);

• CART Notes from Hearing May 8, 2025 (Index #45);

• Notice of GAL Withdrawal and Related Federal Filings;

• Motion to Recuse Judge Eric W. Godderz & Chief Judge Taylor Wine (Index #38);

• Motion to Transfer Venue to Johnson County (Index #40);

- All hearing notices, transcripts, exhibits, evidence, reports, third parties submissions, journal entries, attorney appearances, judge logs of meetings and ex parte communications, and court orders dated on or before **May 8, 2025**;
- Any and all pleadings, motions, notes, and judicial rulings **from September 1, 2020 to present** including all **unfiled or undocketed materials** entered after **May 6, 2025**, including but not limited to:
  - **Notice of Obstruction**
  - **Motion to Compel**
  - **Supplemental Notice of Post-Removal Proceedings**
  - **Second Notice of Clerk Obstruction**
  - **GAL Andrew Bolton's Oral and Formal Withdrawal**
  - **Ronald Wood's Oral and Formal Withdrawal**
- All records of ADA-related communications, including **conversations, emails, and correspondence, Teams or Zoom meeting recordings and minutes/chats,** involving the ADA Coordinator(s), Clerks, Judges, State Attorneys, and the **Office of Judicial Administration**, to ensure the full completeness of the state court record for federal review.

Respondent reserves the right to amend or supplement this designation as needed and respectfully requests that this record be assembled and transmitted without further delay for inclusion in the federal case.

Respectfully submitted,                                        Date: May 12, 2025

Angeliina Lynn Lawson

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661

# CERTIFICATE OF SERVICE

I hereby certify that on **May 12, 2025**, I filed the foregoing **Designation of Record for Federal Removal – Case No. 5:25-cv-04045-JWB-TJJ** with the Clerk of the District Court of Anderson County, Kansas, and served a true and correct copy of the same by U.S. Mail and/or electronic service to the following:

**Jonathan David Lawson**
7029 Round Prairie St.
Shawnee, KS 66226

**Clerk of the District Court of Anderson County**
100 E. 4th Ave.
Garnett, KS 66032

Respectfully submitted,                                   Dated: May 12, 2025

**Angeliina Lynn Lawson**
1914 5th Ave.
Leavenworth, KS 66048
angeliinacourtrecords@gmail.com
(913) 972-1661