IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Case No. 5:25-cv-04045

ANGELIINA LYNN LAWSON,

Plaintiff

v.

JONATHAN LAWSON,

Defendants

## NOTICE OF PATTERNED ENTERPRISE AND RACKETEERING CONSPIRACY

COMES NOW Plaintiff, Angeliina Lynn Lawson, appearing pro se, and respectfully submits this notice to inform the Court of a patterned enterprise involving Defendants Jonathan Lawson (father), Andrew Bolton (former Guardian ad Litem), and Andrea Dunseth (former therapist), acting in coordination to execute a coercive and retaliatory scheme against Plaintiff and the minor child, D.L.

### I. ENTERPRISE STRUCTURE AND MOTIVE

1. The named individuals acted as a coordinated enterprise for the purpose of isolating Plaintiff, controlling the child's legal and medical access, and securing financial gain and influence under color of authority.

2. This includes the use of former GAL authority, therapist substitutions, billing fraud, court manipulation, and concealment of abuse to retaliate against Plaintiff's protected conduct under the ADA and First Amendment.

### II. PATTERNED CONDUCT AND RACKETEERING ELEMENTS

- Repeated submission of fraudulent billing claims by Mr. Bolton and denial of services to the child;

- Witness intimidation by Mr. Bolton, including threats made to D.L. to suppress abuse disclosures;

- Coordination with former therapist Andrea Dunseth to override child's therapeutic requests, refusing to file a child abuse report and limit access to ADA-protected therapy;

- Interference with medical care by Jonathan Lawson, followed by administrative cover-ups facilitated by GAL and therapist;

- Diversion of alimony and support payments through court processes to benefit GAL and therapist personally, creating financial coercion.

### III. RICO FRAMEWORK AND PRESERVATION OF CLAIM

3. The actions of Defendants constitute a 'pattern of racketeering activity' under 18 U.S.C. § 1961 and § 1962(c)-(d). This includes fraud, obstruction of justice, intimidation, and deprivation of rights under color of law.

4. Plaintiff preserves all claims under 18 U.S.C. § 1964(c) and reserves the right to amend pleadings to include a formal RICO cause of action as facts and evidence develop through discovery.

### IV. REQUEST FOR ENTRY AND FEDERAL PRESERVATION

5. Plaintiff respectfully requests that this notice be entered into the record as part of the federal review of jurisdictional integrity, civil rights violations, and systemic retaliation.

6. Plaintiff further requests leave to supplement the record with affidavits, billing records, correspondence, and witness testimony to support enterprise liability and civil RICO designation.

Respectfully submitted,

Date: May 22, 2025

Angeliina Lynn Lawson

Pro Se Plaintiff

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, titled **Notice of Patterned Enterprise and Racketeering Conspiracy**, was prepared for service in

connection with Case No. 5:25-cv-04045-JWB-TJJ, currently pending before the United States District Court for the District of Kansas.

As of the date below, summons has not yet been issued by the Court for the Defendants. Accordingly, this Certificate is filed in anticipation of service, which will be promptly effected pursuant to Federal Rule of Civil Procedure 4(c) upon issuance of summons.

This Certificate is submitted in good faith and in compliance with the Court's procedural requirements. An updated Certificate will be filed following completion of formal service.

Dated: May 22, 2025

Respectfully submitted,

Angeliina Lynn Lawson

Pro Se Plaintiff

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661