Exhibit D

 Gmail

Angeliina Lawson <angeliinalawson@gmail.com>

## Certified Copies for 5:25-CV-04045

**Tina Miller** <Tina.Miller@kscourts.gov>  Wed, May 14, 2025 at 3:55 PM
To: Angeliina Lawson <angeliinalawson@gmail.com>

Ms. Lawson,

I'm responding to the filing DESIGNATION OF RECORD FOR REMOVAL – 5:25-CV-04045 via fax on May 13, 2025. In the document, you request "that this record be assembled and transmitted without further delay for inclusion in the federal case."

*My office can provide certified copies of all official court records from AN-2020-DM-000131 to you for $160.65 (cash, money order or check).*

*Upon payment of that amount, certified copies will be mailed to you via USPS for filing with the federal court.*

*Regards,*

Tina Miller

Clerk of the District Court

Anderson County District Court

PO Box 305

Garnett, Kansas 66032-0305

Phone: 785-448-6886

Fax: 785-448-3230

