IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Case No. 5:25-cv-04045

JONATHAN LAWSON,

Petitioner

v.

ANGELIINA LYNN LAWSON,

Respondent

## NOTICE OF CRIMINAL INVESTIGATION INTO COURT CLERK AND JONATHAN LAWSON

COMES NOW Respondent, Angeliina Lynn Lawson, appearing pro se, and respectfully submits this notice to inform the Court of active and ongoing criminal investigations involving both a named Petitioner and the court clerk whose conduct is central to the removal of this case to federal jurisdiction.

### I. PETITIONER JONATHAN LAWSON

1. Jonathan Lawson, the named Petitioner in this matter, is currently under criminal investigation by the Shawnee Police Department's Special Victims Unit for acts including:

- Child endangerment, including prolonged medical neglect and refusal of care;

- Witness tampering and coercion of minor D.L.;

- Custodial interference;

- Obstruction of therapeutic and medical services and interference with protected family communication.

### II. ANDERSON COUNTY CLERK

2. The Clerk of the District Court of Anderson County is currently under criminal investigation with the district attorney of Anderson County for:

- Obstructing the federal removal process by failing to transmit records as required by 28 U.S.C. § 1446(d);

- Denying portal and digital access to the Respondent, a disabled pro se litigant, in violation of the ADA;

- Refusing to release records or certify filings without undue financial burden.

### III. RELEVANCE TO FEDERAL REMOVAL

3. These investigations and documented obstructions are directly tied to the Respondent's grounds for removal under 28 U.S.C. § 1443, as well as Respondent's claims under the Americans with Disabilities Act and the Fourteenth Amendment.

4. The Respondent respectfully requests that this notice be entered into the record and considered in evaluating the legitimacy of federal jurisdiction and the pattern of systemic obstruction from state-level actors.

### III. ADDITIONAL PARTIES UNDER CRIMINAL INVESTIGATION

5. In addition to the above, former Guardian ad Litem Andrew Bolton and former therapist Andrea Dunseth are also subjects of ongoing criminal investigations. These investigations involve serious allegations of:

- Child endangerment related to medical neglect and psychological harm;

- Failure to report child abuse as mandated reporters despite clear disclosures by the minor child;

- Custodial interference by obstructing lawful parental contact, substituting unauthorized therapists, and coordinating coercive legal actions.

6. These coordinated actions are directly related to the Respondent's removal under 28 U.S.C. § 1443 and substantiate the broader claim of systemic misconduct under ADA and civil rights protections.

The conduct described herein reflects not isolated misconduct, but a coordinated and ongoing pattern of behavior carried out by multiple actors operating in mutually reinforcing roles. The repetition of tactics—fraudulent billing, suppression of evidence, interference with mandated reporting, use of court authority to retaliate, and coordinated denials of access to legal and therapeutic rights—reveals a deliberate structure intended to harm, silence, and financially pressure the Respondent while undermining oversight mechanisms. These acts span months and even years, involve distinct actors in legal, medical, and administrative roles, and show continuity, coordination, and a shared objective: the obstruction of justice and isolation of a vulnerable child and his parent. Respondent reserves the right to expand upon these interconnected actions as evidence develops.

Respectfully submitted,

*[signature]*

Angeliina Lynn Lawson

Pro Se Respondent

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661

Date: May 27, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was prepared for service in connection with Case No. 5:25-cv-04045-JWB-TJJ, currently pending before the United States District Court for the District of Kansas.

As of the date below, formal service is pending issuance of summons and completion of removal protocol. Service will be promptly executed pursuant to Federal Rule of Civil Procedure 4(c) upon instruction by the Court.

Dated: May 27, 2025

Respectfully submitted,

Angeliina Lynn Lawson

Pro Se Respondent

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661