# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS



SKYLER B. O'HARA
CLERK OF COURT
E-MAIL: Skyler_OHara@ksd.uscourts.gov
(913) 735-2220

STEPHANIE MICKELSEN
CHIEF DEPUTY CLERK
E-MAIL: stephanie_mickelsen@ksd.uscourts.gov
(913) 735-2235

490 U.S.COURTHOUSE
444 SE QUINCY
TOPEKA, KS 66683

204 U.S.COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

Clerk
Anderson County District Court
PO Box 305
100 E. 4th
Garnett KS 66032

Re: Jonathan David Lawson vs. Angeliina Lynn Lawson
  Our Case No. 25-4045-JWB-TJJ
   Your No: 2020-DM-000131

Dear Clerk:

Pursuant to Memorandum & Order (Doc 22) this case is being remanded back to your court. Please find enclosed a certified copy of the Order of Remand and an attested copy of our docket sheet. Should you need copies of any other pleading, please contact this office at 785-338-5400.

Sincerely yours,

SKYLER B. O'HARA, CLERK


By M Barnes
  Deputy Clerk

Enclosures