IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Case No. 5:25-cv-04045-JWB-TJJ

JONATHAN LAWSON,

Petitioner

v.

ANGELIINA LYNN LAWSON,

Respondent

## MOTION TO REOPEN FOR PURPOSE OF FILING NOTICE OF APPEAL & PRESERVATION OF RIGHTS

COMES NOW Respondent, Angeliina Lynn Lawson, appearing pro se, and respectfully moves this Honorable Court to reopen the above-captioned matter for the limited and specific purpose of filing a timely Notice of Appeal to the United States Court of Appeals for the Tenth Circuit.

I. BASIS FOR RELIEF
1. On May 30, 2025, the District Court entered an Order adopting the Report and Recommendation of the Magistrate Judge and remanding this case to the District Court of Anderson County, Kansas.

2. Minutes later on May 30, 2025, the Clerk of the Court entered a docket termination of the federal case, thereby closing it.

3. Plaintiff was actively preparing a Notice of Appeal and Certificate of Service, and did so within the 30-day time frame prescribed by Federal Rule of Appellate Procedure 4(a)(1)(A).

4. However, due to the immediate docket closure, Respondent was procedurally barred from entering the Notice of Appeal into the record prior to termination.

II. REQUEST FOR REINSTATEMENT
5. Plaintiff respectfully requests that the Court reopen or reinstate the docket solely to permit filing and docketing of the attached Notice of Appeal and accompanying Certificate of Service.

6. This motion is submitted in good faith and is not intended to relitigate the Court's remand order, but rather to preserve Respondent's procedural right to seek appellate review of that decision.

III. CONCLUSION

WHEREFORE, Respondent respectfully requests that the Court grant this Motion, reopen the docket in Case No. 5:25-cv-04045-JWB-TJJ, and allow the filing of the attached Notice of Appeal to the United States Court of Appeals for the Tenth Circuit.

Dated: May 30, 2025

Respectfully submitted,

Angeliina Lynn Lawson

Pro Se Respondent

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, I electronically filed the foregoing ** MOTION TO REOPEN FOR PURPOSE OF FILING NOTICE OF APPEAL & PRESERVATION OF RIGHTS ** with the Clerk of the United States District Court for the District of Kansas using the CM/ECF system. I further certify that a copy of this filing will be served via email upon all parties and counsel of record once formal notice of appeal is docketed.

This Certificate is submitted in compliance with applicable federal rules and local court procedures.

Dated: May 30, 2025

Respectfully submitted,

Angeliina Lynn Lawson

Pro Se Plaintiff

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661