IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Case No. 5:25-cv-04045-JWB-TJJ

JONATHAN LAWSON,

Petitioner

v.

ANGELIINA LYNN LAWSON,

Respondent

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Respondent, Angeliina Lynn Lawson, proceeding pro se, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order entered on May 29, 2025, by the Honorable John W. Broomes, adopting the Report and Recommendation of Magistrate Judge Teresa J. James, and remanding the case to the District Court of Anderson County, Kansas.

This appeal concerns the federal district court's determination that subject matter jurisdiction was lacking under 28 U.S.C. § 1443 and related statutes, despite the presence of claims involving civil rights violations, ADA-based retaliation, and documented procedural misconduct involving state actors.

Respondent respectfully requests that the United States Court of Appeals for the Tenth Circuit review the jurisdictional findings and the denial of Respondent's right to have this matter heard in a federal forum.

Dated: May 30, 2025

Respectfully submitted,

*/s/ Angeliina Lynn Lawson*

Angeliina Lynn Lawson

Pro Se Respondent

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, I electronically filed the foregoing **Notice of Appeal** with the Clerk of the United States District Court for the District of Kansas using the CM/ECF system. I further certify that a copy of this filing will be served via email upon all parties and counsel of record once formal notice of appeal is docketed.

This Certificate is submitted in compliance with applicable federal rules and local court procedures.

Dated: May 30, 2025

Respectfully submitted,

*/s/ Angeliina Lynn Lawson*

Angeliina Lynn Lawson

Pro Se Plaintiff

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661