# U.S. District Court
## DISTRICT OF KANSAS (Topeka)
## CIVIL DOCKET FOR CASE #: 5:25−cv−04045−JWB−TJJ

Lawson v. Lawson
Assigned to: District Judge John W. Broomes
Referred to: Magistrate Judge Teresa J. James
Case in other court: Anderson County District Court,
2020−DM−000131
Cause: 28:1441 Petition for Removal

Date Filed: 05/05/2025
Date Terminated: 05/30/2025
Jury Demand: Defendant
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Petitioner**

**Jonathan David Lawson**


V.

**Respondent**

**Angeliina Lynn Lawson**
*ECF Notifications Only*

represented by **Angeliina Lynn Lawson**
1914 5th Avenue
Leavenworth, KS 66048
913−972−1661
Email: angeliinacourtrecords@gmail.com
PRO SE
*Bar Number:*
*Bar Status:*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2025 | 1 | NOTICE OF REMOVAL from Anderson County District Court, case number 2020−DM−000131 Trial location of Kansas City, filed by Angeliina Lynn Lawson. (Attachments: # 1 Service Address) (nac) (Entered: 05/05/2025) |
| 05/02/2025 | 2 | CIVIL COVER SHEET re 1 Notice of Removal by Respondent Angeliina Lynn Lawson. (nac) (Entered: 05/05/2025) |
| 05/02/2025 | 3 | STATE COURT RECORDS from Anderson County District Court. (nac) (Entered: 05/05/2025) |
| 05/02/2025 | 4 | MOTION for Leave to Proceed in forma pauperis by Respondent Angeliina Lynn Lawson. NOTE − Access to document is restricted pursuant to the courts privacy policy. (referred to Magistrate Judge Teresa J. James) (Attachments: # 1 Financial Affidavit) (nac) (Entered: 05/05/2025) |
| 05/05/2025 | | NOTICE OF JUDGE ASSIGNMENT: Case assigned to District Judge Daniel D. Crabtree and Magistrate Judge Teresa J. James for all proceedings. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) |

| | | |
|---|---|---|
| | | **NOTICE OF MAGISTRATE JUDGE AVAILABILITY: A United States magistrate judge is available to conduct all proceedings in this civil action if all parties voluntarily consent. Information & consent forms are available at https://www.uscourts.gov/file/459/download (nac) (Entered: 05/05/2025)** |
| 05/05/2025 | 5 | DOCKET ANNOTATION: Respondent Angeliina Lynn Lawson is a registered pro se participant with ECF notifications only. (gw) (Entered: 05/05/2025) |
| 05/06/2025 | 6 | CORRECTED NOTICE OF REMOVAL filed by Angeliina Lynn Lawson.(msb) (Entered: 05/06/2025) |
| 05/07/2025 | 7 | ORDER REASSIGNING CASE: Case reassigned to District Judge John W. Broomes for all further proceedings. District Judge Daniel D. Crabtree no longer assigned to case. Signed by deputy clerk on 05/07/2025. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(mig) (Entered: 05/07/2025) |
| 05/07/2025 | | NOTICE OF DEFICIENCY – State court petition is missing. The filing party/attorney is directed to correct the deficiency immediately. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (nac) (Entered: 05/07/2025) |
| 05/07/2025 | 8 | SUPPLEMENTAL to 6 Corrected Notice of Removal and Affidavit by Respondent Angeliina Lynn Lawson. (Attachments: # 1 Exhibit A – Email to Clerk Tina Miller – May 7, 2025, # 2 Exhibit B – Fax Confirmation of Notice of Removal – May 6, 2025, # 3 Exhibit C – Anderson County Docket – No entry of removal, # 4 Exhibit D – Finalized Judicial Misconduct Complaint, # 5 Exhibit E – Ron Wood's Motion to Withdraw Counsel, # 6 Exhibit F –Judge Godderz denying Motion to Withdraw Representation)(msb) (Entered: 05/08/2025) |
| 05/07/2025 | 9 | NOTICE to Court of inability to file state court records due to obstruction by Angeliina Lynn Lawson (msb) Modified to correct file date on 5/8/2025 (msb). (Entered: 05/08/2025) |
| 05/07/2025 | 10 | MOTION to Compel access to state court records and docket by Respondent Angeliina Lynn Lawson (referred to Magistrate Judge Teresa J. James) (msb) (Entered: 05/08/2025) |
| 05/08/2025 | 11 | SUPPLEMENTAL Notice of Post–Removal ADA Obstruction and Constructed Record Via Cart by Respondent Angeliina Lynn Lawson. (msb) (Entered: 05/09/2025) |
| 05/09/2025 | 12 | SECOND NOTICE of Clerk Obstruction and ADA Noncompliance by Angeliina Lynn Lawson (msb) (Entered: 05/09/2025) |
| 05/12/2025 | 13 | CIVIL COVER SHEET re 1 Notice of Removal by Petitioner Jonathan David Lawson. (ca) (Entered: 05/12/2025) |
| 05/12/2025 | 14 | MOTION for Writ of Certiorari, by Respondent Angeliina Lynn Lawson. (ca) (Entered: 05/12/2025) |
| 05/13/2025 | 15 | NOTICE (third) of Continued Docket Suppression and Record Tampering, by Angeliina Lynn Lawson. (Attachments: # 1 Exhibit H, # 2 Exhibit I)(ca) (Entered: 05/13/2025) |
| 05/15/2025 | 16 | REPORT AND RECOMMENDATION re 4 MOTION for Leave to Proceed in forma pauperis. The Court grants Respondent's Motion to Proceed in forma pauperis, but withholds service pending the District Judge's Section 1915 review. Respondent's objections to R&R due by 5/29/2025. Signed by Magistrate Judge Teresa J. James on |

| | | |
|---|---|---|
| | | 5/15/2025. Mailed to pro se party by regular mail. (kf) (Entered: 05/15/2025) |
| 05/15/2025 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 14 MOTION for Writ. The motion will be resolved by the District Judge. (kf)** (Entered: 05/15/2025) |
| 05/15/2025 | | (DISREGARD – STATISTCAL ENTRY ONLY) (msb) (Entered: 05/30/2025) |
| 05/16/2025 | 17 | OBJECTION to 16 Report and Recommendations by Respondent Angeliina Lynn Lawson(msb) (Entered: 05/16/2025) |
| 05/27/2025 | 18 | NOTICE of Patterned Enterprise and Racketeering Conspiracy by Angeliina Lynn Lawson (msb) (Entered: 05/27/2025) |
| 05/27/2025 | 19 | NOTICE of Continued Denial of Access to Records Post–Removal by Angeliina Lynn Lawson (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(msb) (Entered: 05/27/2025) |
| 05/29/2025 | 20 | ORDER denying, without prejudice, 10 Plaintiff's Motion to Compel Access to State Court Records and Docket. In light of the pending 16 Report and Recommendation recommending dismissal or remand of this matter, and Plaintiff's 17 Objections to the Report and Recommendation, the Court denies Plaintiff's Motion to Compel, without prejudice to refiling  after the District Judge enters his order on the Report and Recommendation,  if that order does not dismiss the case. Signed by Magistrate Judge Teresa J. James on 5/29/2025. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (kf) (Entered: 05/29/2025) |
| 05/29/2025 | 21 | NOTICE of criminal investigation into court clerk and Jonathan Lawson by Angeliina Lynn Lawson (msb) (Entered: 05/29/2025) |
| 05/30/2025 | 22 | MEMORANDUM AND ORDER adopting Report and Recommendations 16 and remands this matter to the Anderson County District Court. Signed by District Judge John W. Broomes on 5/29/2025. Mailed to pro se party Angeliina Lynn Lawson by regular mail. (msb) (Entered: 05/30/2025) |
| 05/30/2025 | 23 | REMAND Letter to Anderson County District Court (msb) (Entered: 05/30/2025) |
| 05/30/2025 | | **Civil Case termed.(msb)** (Entered: 05/30/2025) |
| 05/30/2025 | 24 | MOTION to Reopen Case by Respondent Angeliina Lynn Lawson (msb) (Entered: 05/30/2025) |
| 05/30/2025 | 25 | NOTICE OF APPEAL as to 22 Memorandum & Order on Report and Recommendations by Respondent Angeliina Lynn Lawson. (msb) (Entered: 05/30/2025) |
| 05/30/2025 | | APPEAL FEE STATUS: Filing fee not paid – Re: Notice of Appeal – Final Judgment 25 on behalf of Respondent Angeliina Lynn Lawson. Filer granted IFP status on 5/15/2025. (THIS IS A TEXT ONLY ENTRY–NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (msb) (Entered: 05/30/2025) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Case No. 5:25-cv-04045-JWB-TJJ

JONATHAN LAWSON,

Petitioner

v.

ANGELIINA LYNN LAWSON,

Respondent

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Respondent, Angeliina Lynn Lawson, proceeding pro se, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order entered on May 29, 2025, by the Honorable John W. Broomes, adopting the Report and Recommendation of Magistrate Judge Teresa J. James, and remanding the case to the District Court of Anderson County, Kansas.

This appeal concerns the federal district court's determination that subject matter jurisdiction was lacking under 28 U.S.C. § 1443 and related statutes, despite the presence of claims involving civil rights violations, ADA-based retaliation, and documented procedural misconduct involving state actors.

Respondent respectfully requests that the United States Court of Appeals for the Tenth Circuit review the jurisdictional findings and the denial of Respondent's right to have this matter heard in a federal forum.

Dated: May 30, 2025

Respectfully submitted,

Angeliina Lynn Lawson

Pro Se Respondent

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, I electronically filed the foregoing **Notice of Appeal** with the Clerk of the United States District Court for the District of Kansas using the CM/ECF system. I further certify that a copy of this filing will be served via email upon all parties and counsel of record once formal notice of appeal is docketed.

This Certificate is submitted in compliance with applicable federal rules and local court procedures.

Dated: May 30, 2025

Respectfully submitted,

Angeliina Lynn Lawson

Pro Se Plaintiff

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JONATHAN DAVID LAWSON,

        Plaintiff,

v.                                                                                        Case No.  25-4045-JWB


ANGELIINA LYNN LAWSON,

        Defendant.


**MEMORANDUM AND ORDER**

This matter is before the court on Angeliina Lawson's objection (Doc. 17) to Magistrate

Judge Teresa James' Report and Recommendation ("R&R") (Doc. 16) recommending dismissal

or remand of this action.  After review, the court ADOPTS the R&R and remands this action.

I.      **Facts and Procedural History**

On May 2, 2025, Defendant Lawson filed a notice of removal in this court.  The notice

states that Defendant is removing a state court family law matter (Case No. 2020-DM-131)

"involving enforcement of child support and maintenance arrears."  (Doc. 1 at 2.)  Defendant

asserts that this court has jurisdiction under 28 U.S.C. § 1443(1) because her civil rights are being

denied in state court.  Specifically, Defendant contends that she is being denied the right to self-

representation, the right to due process, and the right to reasonable accommodations under the

Americans with Disabilities Act.  (Doc. 1 at 2.)  Defendant also cites to 42 U.S.C. § 1983 and

states that her civil rights have been violated.

Defendant requests that this court "assume jurisdiction" over this matter, stay the state

court action, declare that Defendant has been denied her federally protected rights, and order

further proceedings.  (Doc. 1 at 4.)

1

Magistrate Judge James entered an R&R recommending dismissal or remand to state court for lack of subject matter jurisdiction.  Defendant has filed an objection.

## II.    Standard

On a dispositive matter the district judge "must determine de novo any part of the magistrate judge's disposition that has been properly objected to."  Fed. R. Civ. P. 72(b)(3).  A failure to properly object, however, leaves a party with no entitlement to appellate review, and allows the district court to review the R&R under any standard it deems appropriate.  *See Williams v. United States*, No. 19-2476-JAR-JPO, 2019 WL 6167514, at *1 (D. Kan. Nov. 20, 2019) (citing *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996)) ("The Tenth Circuit requires that objections to a magistrate judge's recommended disposition 'be both timely and specific to preserve an issue for de novo review by the district court . . .'").

Because Defendant is proceeding pro se, the court is to liberally construe her filings. *United States v. Pinson*, 585 F.3d 972, 975 (10th Cir. 2009).  However, liberally construing filings does not mean supplying additional factual allegations or constructing a legal theory on her behalf. *Whitney v. New Mexico*, 113 F.3d 1170, 1173-74 (10th Cir. 1997).

## III.    Analysis

Magistrate Judge James determined that removal of this action was improper because this court would not have original jurisdiction of this matter and § 1443(1) is inapplicable.  The court agrees.  Under 28 U.S.C. § 1441(a), a defendant may remove a state court action to federal court when the case "originally could have been filed in federal court."  *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987).  This court does not have original jurisdiction over family law matters.  *Hunt v. Lamb*, 427 F.3d 725, 727 (10th Cir. 2005).  Therefore, removal was improper under 1441(a).

Further, as stated by Magistrate Judge James, a defense or counterclaim based on federal law also does not provide a basis for this court's jurisdiction. *Hunt*, 427 F.3d at 727.

Plaintiff also asserted that removal was proper under § 1443(1). That statute "allows removal to address the violation of a right to racial equality that is unenforceable in state court." *Hunt*, 427 F.3d at 727 (citing *Georgia v. Rachel*, 384 U.S. 780, 792 (1966)). Plaintiff's notice of removal does not assert that a right to racial equality has been violated. Therefore, she cannot remove the state court action under this statute. Plaintiff's assertion in her objection that § 1443(1) has been expanded to encompass other civil rights is incorrect. *See Marsee v. Serpik*, No. 23-6106, 2023 WL 9529229, at *1 (10th Cir. Aug. 31, 2023) (stating the same standard for removal under § 1443(1)).

Therefore, this court lacks subject matter jurisdiction over this action.

## IV.    Conclusion

Based on the reasons herein, the court ADOPTS the R&R and remands this matter to the Anderson County District Court.

IT IS SO ORDERED. Dated this 29th day of May 2025.

__ ___s/ John Broomes_____
JOHN W. BROOMES
UNITED STATES DISTRICT JUDGE

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Case No. 5:25-cv-04045-JWB-TJJ

JONATHAN LAWSON,

Petitioner

v.

ANGELIINA LYNN LAWSON,

Respondent

## MOTION TO REOPEN FOR PURPOSE OF FILING NOTICE OF APPEAL & PRESERVATION OF RIGHTS

COMES NOW Respondent, Angeliina Lynn Lawson, appearing pro se, and respectfully moves this Honorable Court to reopen the above-captioned matter for the limited and specific purpose of filing a timely Notice of Appeal to the United States Court of Appeals for the Tenth Circuit.

### I. BASIS FOR RELIEF
1. On May 30, 2025, the District Court entered an Order adopting the Report and Recommendation of the Magistrate Judge and remanding this case to the District Court of Anderson County, Kansas.

2. Minutes later on May 30, 2025, the Clerk of the Court entered a docket termination of the federal case, thereby closing it.

3. Plaintiff was actively preparing a Notice of Appeal and Certificate of Service, and did so within the 30-day time frame prescribed by Federal Rule of Appellate Procedure 4(a)(1)(A).

4. However, due to the immediate docket closure, Respondent was procedurally barred from entering the Notice of Appeal into the record prior to termination.

### II. REQUEST FOR REINSTATEMENT
5. Plaintiff respectfully requests that the Court reopen or reinstate the docket solely to permit filing and docketing of the attached Notice of Appeal and accompanying Certificate of Service.

6. This motion is submitted in good faith and is not intended to relitigate the Court's remand order, but rather to preserve Respondent's procedural right to seek appellate review of that decision.

III. CONCLUSION

WHEREFORE, Respondent respectfully requests that the Court grant this Motion, reopen the docket in Case No. 5:25-cv-04045-JWB-TJJ, and allow the filing of the attached Notice of Appeal to the United States Court of Appeals for the Tenth Circuit.

Dated: May 30, 2025

Respectfully submitted,

Angeliina Lynn Lawson

Pro Se Respondent

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, I electronically filed the foregoing ** MOTION TO REOPEN FOR PURPOSE OF FILING NOTICE OF APPEAL & PRESERVATION OF RIGHTS ** with the Clerk of the United States District Court for the District of Kansas using the CM/ECF system. I further certify that a copy of this filing will be served via email upon all parties and counsel of record once formal notice of appeal is docketed.

This Certificate is submitted in compliance with applicable federal rules and local court procedures.

Dated: May 30, 2025

Respectfully submitted,

Angeliina Lynn Lawson

Pro Se Plaintiff

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661