UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 30, 2025

Angeliina Lynn Lawson
1914 5th Avenue
Leavenworth, KS 66048

RE:     25-3097, Lawson v. Lawson
        Dist/Ag docket: 5:25-CV-04045-JWB-TJJ

To All Parties and Counsel:

This court has received and docketed an appeal in the above-referenced case, and the appeal number is listed above. Please note the following requirements for this appeal:

### Preliminary Documents (All Parties)

**Entry of Appearance and Certificate of Interested Parties.** All parties are required to file an entry of appearance and certificate of interested parties. 10th Cir. R. 46.1(A) and (D). Pro se individuals must file the enclosed form **within 30 days** of the date of this letter. Counselled parties must file the form **within 14 days** of the date of this letter. Attorneys who do not enter an appearance within the specified time will be removed from the service list.

In addition to an entry of appearance, appellees who do not intend to participate in the appeal must promptly file a notice of non-participation and state whether they wish to continue receiving notice of the court's orders.

**Rule 26 Disclosure Statement.** All entities represented by counsel are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement **within 14 days** of the date of this letter. *See* 10th Cir. R. 26.1(A). Pro se individuals need not file a disclosure statement.

The district court has granted you leave to proceed without prepayment of fees in this appeal. As a result, nothing further is required from you at this time.

### Method of Receiving Service (Pro Se Parties)

The court will forward all forms, letters, and orders to you via US Mail. If you wish to change the method of service from US Mail to email, you must make that request in writing by completing the enclosed "Consent to Electronic Service" form and returning to this office.

You will receive further instructions regarding prosecution of this appeal from the court within the next few weeks.

Please contact this office if you have questions.

                                            Sincerely,

                                            Christopher M. Wolpert
                                            Clerk of Court

cc:       Jonathan David Lawson

CMW/djd