IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

JONATHAN DAVID LAWSON,

Petitioner, Appellee

v.

ANGELIINA LYNN LAWSON,

　Respondent, Appellant

Case No. 5:25-cv-04045

VICTIM IMPACT STATEMENT AND AFFIDAVIT OF ANGELIINA LYNN LAWSON

Filed pursuant to Fed. R. Civ. P. 60(b)(3), 60(d)(3), 65(b), and the All Writs Act (28 U.S.C. § 1651)

*In Support of Emergency Relief, Parental Reinstatement, and Reunification*

Comes now Petitioner, Angeliina Lynn Lawson, and submits the following sworn Victim Impact Statement and Affidavit under penalty of perjury pursuant to 28 U.S.C. § 1746, in advance of the Emergency Motion for Reinstatement and Injunctive Relief to be filed separately. This submission is intended to document the immediate and irreparable harm resulting from constructive termination of parental rights and the extrajudicial obstruction of reunification now underway.

Affidavit (Under 28 U.S.C. § 1746)

AFFIDAVIT OF ANGELIINA LYNN LAWSON

I, Angeliina Lynn Lawson, being of sound mind, over the age of 18, and under penalty of perjury pursuant to 28 U.S.C. § 1746, do hereby swear and affirm as follows:

1. I am the biological and living mother of the minor child referenced in these proceedings.
2. I am the author of the attached Victim Impact Statement, dated October 26, 2025.
3. The statements contained in the Victim Impact Statement are true and correct to the best of my knowledge and belief.
4. I affirm that the facts outlined in that statement including but not limited to:
   - The expiration of the temporary order;
   - The cancellation of visits by text message;
   - The termination of medical proxy access without a valid court order;
   - The refusal of father, state and third-party actors to return my child or enforce reunification are true and accurate, based on direct experience and filed evidence.
5. I make this affidavit to support my pending Motion to Reinstate for Emergency Relief and all associated filings in this case and on appeal. I respectfully request the immediate restoration of contact with my child, supervised parenting time, and reinstatement of all parental rights and medical authority pending resolution of this matter in federal court. Every day of delay compounds the irreparable harm to my son and our protected familial bond.

6. This affidavit is further submitted to support pending federal claims under ADA Title II, 42 U.S.C. § 1983, and the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c) and (d), now active in Case No. 6:25-cv-01179. These statutes protect my right to access the court, to reunite with my son, and to be free from retaliatory interference under color of law.

28 U.S.C. § 1746 Certification:

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of October, 2025, in Leavenworth County, Kansas.

/s/ Angeliina Lynn Lawson

Angeliina Lynn Lawson

Pro Se Litigant

1914 5th Avenue, Leavenworth, KS 66048

Victim Impact Statement and Declaration of Harm

I. I AM BEING ERASED WHILE THE COURTS REMAIN SILENT

My name is Angeliina Lynn Lawson, and I am the living, biological mother of the minor child referenced in these proceedings. For over 407 days, I have been denied communication, updates, and decision-making access to my son despite no adjudication, no trial, and no valid order terminating my parental rights.

Since September 19, 2024, I have:

- Received no therapy updates, no photos, no well-being statuses, no co-parenting communications, no holiday or birthday updates.
- Been denied supervised visits for long periods of time
- Had my medical proxy revoked
- There have been no police reports, no DCF investigations, no criminal charges, no arrests, and no jury trial. At no time has any court established subject matter jurisdiction to justify treating me as a criminal.
- Been erased from child's life without legal authority

Every day without contact is a constitutional violation, an emotional death, and a theft of protected time I will never recover. I have not abandoned my son I have been silenced and locked out by actors using ghost orders, off-record enforcement, and threats to erase me without due process.

II. THE SYSTEM'S SILENCE ENABLES COERCIVE CONTROL

After I removed my case to federal court, retaliation escalated:

- Jonathan Lawson canceled parenting visits by text, which 4FAM enforced without a hearing.
- My medical proxy and MyChart access were revoked at AdventHealth despite active, lawful POAs.
- Therapists acting on orders I never received unsigned, undocketed, never served.

- All attempts to assert my ADA rights or parenting role were met with threats, silence, or false claims that I had no legal status.

These actions mirror post-separation abuse, coercive control, and psychological torture all carried out while judges and court actors pretend no record exists.

III. MY SON IS COLLAPSING WITHOUT ME

He has:

- Fallen academically from honors to failing during quizzes, homework
- Lost therapeutic and psychiatric continuity
- Been pressured to erase me to stay safe with his father
- Been denied the truth and denied his own agency

He has stated:

*"In order to be close to Dad, I have to erase you."*

This is not protection. This is state-enabled identity breakdown and trauma, inflicted on a child with disabilities under ADA protection. My parental authority is being undermined not by law, but by secret deals, ghost signatures, and third-party coercion.

IV. TIMELINE OF HARM

| Date | Event |
|---|---|
| Sep 19, 2024 | Child removed without signed orders |

| Date | Event |
|---|---|
| Sep 24, 2024 | Temporary ex parte order issued (expired 21 days later) |
| Oct–Jan 2025 | Contact blocked, supervised visits delayed for 3 months |
| Mar–Jun 2025 | Father escalates threats; GAL interference resumes |
| Jun 9, 2025 | Emergency motion filed in Tenth Circuit (25-3097) |
| Oct 11, 2025 | Notice of Reinstatement filed; temp order expired |
| Oct 20, 2025 | Visits canceled by text; 4FAM terminates parenting access |
| Oct 24, 2025 | Medical proxy revoked without hearing or order |
| Oct 25–26, 2025 | GAL and Judge Wine identified in ghost directives to providers |

## V. I ASK THIS COURT TO RECOGNIZE THE TRUTH

I am not a litigant fighting to win a custody battle. I am a mother fighting to restore contact with her child in the face of coordinated obstruction, fraud, and enterprise-level retaliation.

This is not a mistake. It is constructive parental termination without trial, no subject matter jurisdiction, enabled by state actors who believe the courts will look away.

I respectfully ask the Court to:

- Reinstate my parental and proxy rights
- Enjoin third-party enforcement of void orders
- Restore reunification and protected contact
- Refer this pattern for criminal and civil rights investigation

Respectfully submitted,
/s/ Angeliina Lynn Lawson
Pro Se Litigant
1914 5th Avenue, Leavenworth, KS 66048
(913) 972-1661

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2025, I caused a true and correct copy of the foregoing Victim Impact Statement and Affidavit to be served via clerk filing system. Jonathan Lawson has defaulted in the appellate proceedings (#25-3097 Tenth Cir. Dkt. #37) and has repeatedly blocked lawful service, refused appearance, and continues to act without legal representation or standing.

Respectfully submitted,
/s/ Angeliina Lynn Lawson
Angeliina Lynn Lawson