# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 12, 2026

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

     Re:  Angeliina Lynn Lawson
           v. Jonathan David Lawson
           No. 25-6552
           (Your No. 25-3097)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on December 17, 2025 and placed on the docket January 12, 2026 as No. 25-6552.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst